**LINK: 66**

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN GRIBBLE et al., ) | **Case No. CV 06-04863 GAF (SHx)** |
| Plaintiffs, ) | |
| v. ) | JUDGMENT |
| COOL TRANSPORTS, INC. et al., ) | |
| Defendants. ) | |

The Court, having previously considered and granted summary judgment in favor of Van Dyk Tank Lines, Inc. and Ronald Knuckles on the First and Second Causes of Action as set forth in the Court's October 2, 2007 Order (Docket No. 66), having now dismissed the third cause of action at the request of Plaintiff and having remanded the remaining state law claims to Superior Court,

Judgment is hereby entered in favor of defendants Van Dyk Tank Lines, Inc. and Ronald Knuckles on Plaintiffs' first two causes of action, each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: January 21, 2009

_____
Judge Gary Allen Feess
United States District Court